IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

COREY POE                                                                                          PETITIONER

v.                                      NO. 5:16-cv-00047 JLH

WENDY KELLEY, Director of the                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Wendy Kelley.

IT IS SO ORDERED this 6th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE